**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-41086

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

JASON BAICE,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
(1:97-CR-16-1)

April 20, 1999

Before GARWOOD, DAVIS and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The only issue presented in this case is whether the district court committed reversible error in failing to advise the defendant that the firearm count to which he pled guilty carried a mandatory minimum sentence of sixty months. The district court informed the defendant that this count carried a possible sentence of sixty months and that the related, more serious, carjacking count

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

carried a maximum sentence of 240 months. The district court informed the defendant that on both counts he faced a maximum possible sentence of imprisonment of 300 months plus an additional sixty months supervised release. The district court then imposed a total sentence of 211 months, 151 months on the carjacking count and sixty months on the weapons offense plus a sixty-month supervised release term.

We conclude from our review of the record as a whole that the court's failure to advise of the mandatory minimum sentence of sixty months on the weapons offense did not influence the defendant's decision to enter his guilty plea. Because the court did not commit reversible error, the sentence is affirmed.

AFFIRMED.